**United States District Court**
For the Northern District of California

1
2
3
4                        UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6    CARLOS ALVAREZ, ET AL.,                    Case No.  C08-5572 JCS
7              Plaintiff(s),
                                                **ORDER TO ADMINISTRATIVELY**
8         v.                                    **CLOSE THIS ACTION**
9    BAUMEISTER COLLECTIVE,
10             Defendant(s).
    _____/
11
12        On June 11, 2009, Defendant Baumeister Collective  filed a Notice of Bankruptcy and
13   Automatic Stay..
14        IT IS HEREBY ORDERED that based on the Notice of Bankruptcy filing, the clerk shall
15   administratively close this case.
16        IT IS SO ORDERED.
17
18   Dated:  June 15, 2009
19                                           _____
                                             JOSEPH C. SPERO
20                                           United States Magistrate Judge
21
22
23
24
25
26
27
28